## STATE v. POOR.

No. 3637.   Opinion Filed July 23, 1912.

(125 Pac. 726.)

**APPEAL AND ERROR**—Presenting Questions in Trial Court—Necessity for Motion for New Trial. *The ruling on a demurrer to the evidence is a decision occurring on the trial; and, in order to enable the Supreme Court to review such ruling, it is necessary that a motion for a new trial be filed within the time prescribed by law.*

(Syllabus by the Court.)

*Error from District Court, Pottawatomie County;*
*Chas. B. Wilson, Jr., Judge.*

Proceedings by the State against D. W. Poor. From a judgment for defendant upon a demurrer to the evidence, the state brings error. Dismissed.

*C. P. Holt,* Co. Atty., for the State.

*F. H. Riley, Geo. Jenkins,* and *William Beatty,* for defendant in error.

HAYES, J.   This proceeding in error is brought to reverse a judgment rendered upon a demurrer to the evidence, and the errors complained of consist only of errors alleged to have occurred at the trial.   Under this condition of the record, nothing is presented to this court by the petition in error that can be considered; and upon the authority of *James v. Jackson et al.,* 30 Okla. 190, 120 Pac. 288, *Stump v. Porter et al.,* 31 Okla. 157,

120 Pac. 639, and *State of Oklahoma v. Adams*, 31 Okla. 775, 123 Pac. 1127, the cause must be dismissed.

TURNER, C. J., and WILLIAMS, KANE, and DUNN, JJ., concur.